# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-11-00241-CV

**McDavid Austin Acura, LLC d/b/a David McDavid Acura of Austin, Appellant**

**v.**

**Lucie Bean, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT
### NO. D-1-GN-10-004326, HONORABLE AMY CLARK MEACHUM, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The parties have filed a joint motion to dismiss appeal. The parties state that they have reached an agreement and have settled all matters in this case. They also have requested that this Court issue mandate early. Accordingly, we grant the parties' joint motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1). Further, the Clerk of this Court is directed to issue mandate immediately. *See* Tex. R. App. P. 18.6.

_____

Melissa Goodwin, Justice

Before Justices Puryear, Rose and Goodwin

Dismissed on Joint Motion

Filed:   June 5, 2012